Douglas W. Derello #310157
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Jail
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 7 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Douglas W. Derello
(Full Name of Plaintiff)                    Plaintiff,

vs.

(1) CO II Jackson
(Full Name of Defendant)

(2) Sgt. Olson

(3) John Doe

(4) Unknown Does
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-17-1266-PHX-DGC-JFM
(To be supplied by the Clerk)

JURY TRIAL REQUESTED

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331, Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: ARIZONA STATE PRISON-EYMAN/SMCI #1

Revised 3/9/07                                    1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _CO 2 Jackson_. The first Defendant is employed as:
_Corrections officer two_ at _Arizona state Prison (smu #1)_.
(Position and Title) (Institution)

2. Name of second Defendant: _Sgt. Olson_. The second Defendant is employed as:
_Sgt._ at _Arizona State Prison (smu #1)_.
(Position and Title) (Institution)

3. Name of third Defendant: _John Doe_. The third Defendant is employed as:
_Corrections officer_ at _Arizona State Prison (SMU#1)_.
(Position and Title) (Institution)

4. Name of fourth Defendant: _Unknown Does_. The fourth Defendant is employed as:
_N/A_ at _Arizona State Prison (smu#1)_.
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? _3 or 4_ Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: _Derello_ v. _Ryan_
   2. Court and case number: _District Court Tucson, CV-11-137_.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _settled_

b. Second prior lawsuit:
   1. Parties: _Derello_ v. _Arpaio_
   2. Court and case number: _Dist. court - Phoenix, CV-13-00081_.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _settled_

c. Third prior lawsuit:
   1. Parties: _Derello_ v. _Arpaio_
   2. Court and case number: _Dist. Court Phoenix, CV-16-00745-_.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Pending_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

_N/A_

## D. CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: _8th / 14th_
_Amendment_.

2.   **Count I.** Identify the issue involved.  **Check only one.**  State additional issues in separate counts.
   ☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: _Failure to protect_

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

① On 8-16-16 I was assaulted by another inmate at SMU#1 (Arizona State Prison) that furthered more serious injury to my eye - that was already damaged from a pervious prison assault and other injury.

② On May 5th, 2016 I arrived back to the Prison from the MCSO Jail. I was placed in SMU#1, Wing#3 cell B25.

③ On 5-22-16, I submitted an HNR to medical about requesting another CPAP machine because I have severe sleep apnea and that my cellie had to wake me up twice due to my apnea. I was not breathing.

④ I was then subsequently moved to Wing#1, Able Pod. Around alot of mental health/SMI inmates.

⑤ I do not have nor have I had mental issues or taken any mental medication. I was placed in the cell alone. (1-A-9)

⑥ After complaining about being moved due to

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_left eye and ankle_

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                   ☐ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Count I?      ☐ Yes  ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _MADE UNAVAILABLE._

3

## COUNT I

submitting an HNR about my apnea next door to a seriously ill mental inmate (Lugo #134440) that would scream and yell all night and bang. That I was made ~~to~~ to endure. From May 23, 2016 - June 20, 2016.

⑦ On/or about 6-20-16, I was then moved From I-A-9 to the Pod next door cell I-A-21. where there was even more mental issued inmates. Including (Brian) the one who assaulted me. That I knew of boiled hot water and threw on another inmate, and nothing was done to Brian by staff, even though the other inmate was taken to Medical.

⑧ It seemed every time I complained the retaliation became worst. As so, My living conditions as, well. So, I stopped.

⑨ Some time in I believe July 21, 2016, Brian stated "that i thought, I was better then the others in the Pod - cause I did not take Psych - meds." And, "that ofcr. Diaz told him I was whinning when I was next to Lugo".

⑩ A sgt. Olson late one night came into the Pod, cause Brian was threatening staff that they better move my ass out of the Pod." Brian was using all type of racial remarks toward me. so, I called sgt. Olson to my

3-A

## COUNT I

cell door. And tried to explain that I'm only here due to the nature of a detainer. And why, Must I be housed amongst such disruption. And that brian is threatening my life, He stated; "All you nuts better go to sleep - Are I'm going to spray all of you. And he left. (In July I believe) I started a griev. on him.

(11) Ofcr. Jackson, sgt. olsan, had been made aware by me on occassions Prior to Aug. 16, 2016 that Brian threatened Physical harm to Me. And through their inactions they Failed to Protect me.

(12) On August 16, 2016 I was assaulted by Inmate Brian. When ofcr. Jackson alone in a super maximum security unit Pulled five Inmates for recreation at the same time myself and Brian Included. Ofcr. Jackson actions failed to Protect me, From being assaulted by Inmate Brian. And causing me inJury.

(13) At all times ofcr. Jackson and sgt. olsan acted under color of state law.

3·B

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _1st, 8th, and 14th_
_Amendment._

2.  **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - [ ] Basic necessities
    - [ ] Mail
    - [ ] Access to the court
    - [ ] Medical care
    - [ ] Disciplinary proceedings
    - [ ] Property
    - [ ] Exercise of religion
    - [x] Retaliation
    - [ ] Excessive force by an officer
    - [ ] Threat to safety
    - [ ] Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

① On/or about Sept 15, 2016 the superior court Maricopa County, the Honorable Judge McCoy. Issued an "order securing Attendance of Prisoner" To have me released to the Custody of the Maricopa County Sheriff's Office. The order went on to state that MCSO allow Defendant (myself) to bring along with him from Doc to the County Jail his legal Material which include 3 legal boxes.

② On/or about October 13, 2016 about 4-5 a.m. in the Morning John Doe wake me stating, "Derello get up and cuff up to leave." I said what he said "you have court" I said, Policy is that all my cell Property is to be packed the night before I leave. He said, sgt. olsen said you're to leave now. I complained he still insisted. I refused.

③ He left. Moments later he returned with sgt. olson who stated that I must cuff-up and leave now. I told him, that I must take my CPAP machine and that I have a medical paper stating so. And that they did not Rail-up my

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [ ] Yes [ ] No
    b.  Did you submit a request for administrative relief on Count II?  [ ] Yes [ ] No
    c.  Did you appeal your request for relief on Count II to the highest level?  [ ] Yes [ ] No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Made unavailable_
_____

4

Property as Policy states. sgt. olson, then
stated you will be back tonight. I
told him that was wrong - And he knew
it. And that I'm not going anywhere
without my medical cpap, legal material,
and my cell property packed - up.
④ sgt. olson and John Doe left. only to return
with a cart. sgt. olson stated, look I will
pack your stuff and your medical
equipment and legal Property will be taken
with you over to Browning-unit to await pick-up by mcso sheriffs.
⑤ once sgt olson and John Doe cuffed me,
I was forced by them to leave all
my property and medical supplies.
sgt. olson stated Derello you're
a stupid Ass and if I kept
complaining he'd spray me. "Now, grieve that he said."
⑥ sgt. olson, did pick-up my cpap device that I had packed
in their bags. But, he never gave them to me. I Asked him
for them. He said, you should have came out when my ofcr. told you too.
⑦ so, when the mcso sheriffs arrived to
pick me up. I beg them not to take me, until I get
at least my cpap machine. they then ask where is my
legal boxes. I explained what I went through with
sgt. olson and John Doe.
⑧ They spoke to the ofcr. at Browning unit
4-A

⑧ his last name started with an "E" he
told MCSO sheriffs' Larson #a047 and the
other sheriff that it was smu#1's responsibility
to have given me my cpap and legal property.
that they had the court order in time, so
he does not know why, they sent me to Browning
unit without it.

⑨ ofc. "E" is the Browning unit morning intake
ofc. that does the Photos and Finger prints
of inmates leaving as he done me that morning.

⑩ so, the MCSO sheriffs' drove back to
smu#1 with me and basically demanded
my cpap machine and legal boxes.
ADOC only allowed them so far on the
property but did eventually bring only
two of my legal boxes and some of my
cpap equipment and it was damaged.

⑪ some of the very important documents
that I needed for my court hearings
was not available to me through sgt. olson
and John Does actions.

⑫ sgt. olson and John Doe, and other
unknowns at all times acted under
color of state law.

4-B

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available
      at your institution?                                                    ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?         ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why
      you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

To Grant Plaintiff $7,500.00 in compensatory damages against each defendant in count II. Jointly and severally, and Punitive damages in the amount of $8,500. Jointly and severally. And $25,000 in compensatory damages against defendants in count I Jointly and severally and $30,000 in punitive damages against each defendant. And lawyer fees. And any other fees the court decems appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 23, 2017_                      _Douglas W. Cook_
                 DATE                                  SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **24 April 2017** _____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____


_____     B3527
Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009